**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS (CHICAGO)**

| | |
|---|---|
| DARRICK LASHAWN WILLIAMS, | CASE NO: 1:24-cv-01893 |
| Plaintiff, | |
| vs. | Judge Honorable Mary M. Rowland |
| TRANS UNION LLC. | |
| Defendant. | |

## ORDER GRANTING DEFENDANT TRANS UNION, LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Complaint.

The Court has considered Trans Union LLC's Motion, and it is so ORDERED AND ADJUDGED that the Motion is GRANTED and the Plaintiff's Complaint is DIMISSED, costs paid.

DATED this _____ day of _____ 2024.

_____
HONORABLE MARY M. ROWLAND
UNITED STATES DISTRICT COURT JUDGE

DISTRIBUTION:

| | |
|---|---|
| Darrick Lashawn Williams<br>P.O. Box 408994<br>Chicago, IL 60640<br>Email: Williams.darrick@gmail.com | Sydney O Burden, Esq.<br>sydney.burden@transunion.com |